IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

168th and DODGE, L.P., a Nebraska, )
Limited Partnership f/k/a BROWN )
INVESTMENT PARTNERSHIP, LTD., and )
RED DEVELOPMENT OF WEST DODGE, )
LLC, a Missouri Limited Liability Company, )
  )
  Plaintiffs, )
  )
  )
vs. )          MOTION TO COMPEL
  )          AND REQUEST FOR
RAVE REVIEWS CINEMAS, LLC, )          ORAL ARGUMENT
a Texas Limited Liability Corporation, )
  )
  Defendant. )

COMES NOW the Plaintiffs pursuant to Fed.R.Civ.P. 37 and 45 and move for an order compelling Boston Ventures Management, Inc. to fully respond to Plaintiffs' subpoena duces tecum and to require Boston Ventures to fully answer questions posed to its corporate representative during the Rule 30(b)(6) deposition of Elizabeth Granville-Smith.  Plaintiffs seek its costs and expenses incurred as a result of this motion.

Plaintiffs' counsel certify that they conferred in good faith with opposing counsel to resolve the issue prior to filing this motion.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs believe that oral argument may assist the court and Plaintiffs wishes to be heard via telephonic hearing.

168th and DODGE, L.P., a Nebraska
Limited Partnership f/k/a BROWN
INVESTMENT PARTNERSHIP, LTD,
and RED DEVELOPMENT OF WEST
DODGE, LLC, a Missouri Limited
Liability Company, Plaintiffs

BY: _____
Michael F. Coyle, #18299
FRASER, STRYKER, MEUSEY, OLSON,
BOYER & BLOCH, P.C.
500 Energy Plaza
409 South 17th Street
Omaha, Nebraska 68102
(402) 341-6000
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2005, I served the foregoing on the following individuals via regular United States Mail:

Edward G. Warin
McGrath, North, Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102

Lynn S. McCreary
Jennifer A. Donnelli
Bryan Cave, LLP
1200 Main Street, Suite 3500
Kansas City, MO 64105-2100

Kathleen Burdette Shields
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2804
Attorneys for Boston Ventures Management, Inc.

388583

FRASER STRYKER MEUSEY OLSON BOYER & BLOCH P.C.

| DATE: | 07/20/05 | PAYEE: | US DISTRICT COURT | | VENDOR #: | 100080 | CHECK #: | 118786 |
|---|---|---|---|---|---|---|---|---|
| VOUCHER # | INVOICE # | INV. DATE | INV. AMOUNT | | | COMMENTS | | AMT. PAID |
| 34513 | 7.20.05 | 07/20/05 | 39.00 | | | | | 39.00 |

CHECK TOTAL:    39.00

---

FRASER, STRYKER, MEUSEY, OLSON, BOYER & BLOCH PC    DATE    07/20/05    CHECK NO.    118786

500 Energy Plaza    409 South 17th Street
Omaha, Nebraska 68102-2663

OPERATING ACCOUNT
US BANK
1700 FARNAM
OMAHA, NE 68102

PAY        THIRTY-NINE AND 00/100

TO THE         US DISTRICT COURT
ORDER OF       DISTRICT OF MASSACHUSETTS

$39.00

⑈118786⑈ ⑆104000029⑆ 1487146711841⑈

Security Features included.  Details on back.

FRASER STRYKER MEUSEY OLSON BOYER & BLOCH P.C.

| DATE: 07/20/05 | PAYEE: | US DISTRICT COURT | | VENDOR #: | 100080 | CHECK #: 118790 |
|---|---|---|---|---|---|---|
| VOUCHER # | INVOICE # | INV. DATE | INV. AMOUNT | COMMENTS | | AMT. PAID |
| 34534 | 07.20.05 | 07/20/05 | 50.00 | | | 50.00 |

CHECK TOTAL :     50.00

---

FRASER, STRYKER, MEUSEY, OLSON, BOYER & BLOCH P.C.
500 Energy Plaza   409 South 17th Street
Omaha, Nebraska 68102-2663

DATE     07/20/05          CHECK NO.   118790

OPERATING ACCOUNT
US BANK
1700 FARNAM
OMAHA, NE 68102

PAY     FIFTY AND 00/100

                                                            $50.00

TO THE          US DISTRICT COURT
ORDER OF        DISTRICT OF MASSACHUSETTS

⑈118790⑈ ⑆104000029⑆          1487145⑈711184⑈

Security Features Included.  ⊟D  Details on back.