IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 168th and DODGE, L.P., a Nebraska, Limited Partnership f/k/a BROWN INVESTMENT PARTNERSHIP, LTD., and RED DEVELOPMENT OF WEST DODGE, LLC, a Missouri Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>RAVE REVIEWS CINEMAS, LLC, a Texas Limited Liability Corporation,<br><br>Defendant. | MOTION FOR ADMISSION<br>PRO HAC VICE |

COMES NOW Michael F. Coyle of Fraser, Stryker, Meusey, Olson, Boyer & Bloch, P.C. and moves for an Order admitting the aforesaid attorney pro hac vice for the sole purpose of appearing in a miscellaneous action (motion to compel response to third-party subpoena). In support of his Motion, Michael F. Coyle states as follows:

1.  I am licensed to practice law in the State of Nebraska and have been admitted in the United States District Court for the District of Nebraska where this lawsuit is pending. I am a member in good standing of the bar of the State of Nebraska.

2.  I currently represent the Plaintiffs in an action filed in the United States District Court for the District of Nebraska entitled: *168th and Dodge, L.P., a Nebraska Limited Partnership f/k/a Brown Investment Partnership, LTD, and Red Development of West Dodge, LLC, a Missouri Limited Liability Company, Plaintiffs v. Rave Reviews Cinemas, LLC. a Texas Llimited Liability Corporation, Defendant*; Case No. 8:03cv171.

3.  On or around May 31, 2005, I issued a Subpoena to a third-party witness,

1

Boston Ventures Management, Inc., whose principal place of business is Boston Massachusetts, and took the deposition its corporate representative on or around June 30, 2005 in Boston.

4.  I am now filing herewith a Motion to Compel Boston Ventures to respond to the Subpoena which was issued from the District of Massachusetts.

5.  I seek admission to practice before this Court for the sole purpose of having the Motion to Compel heard before this Court.

6.  I have paid the $50.00 fee required by the Clerk.

WHEREFORE, petitioner prays that he be granted admission pro hoc vice for the sole purpose of filing a Motion to Compel as a miscellaneous action.

_____
Michael F. Coyle, Nebraska Bar #18299
FRASER, STRYKER, MEUSEY, OLSON,
BOYER & BLOCH, P.C.
500 Energy Plaza
409 South 17th Street
Omaha, Nebraska 68102
(402) 341-6000
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2005, I served the foregoing on the following individuals via regular United States Mail:

Edward G. Warin
McGrath, North, Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102

Lynn S. McCreary
Jennifer A. Donnelli
Bryan Cave, LLP
1200 Main Street, Suite 3500
Kansas City, MO 64105-2100

Kathleen Burdette Shields
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2804
Attorneys for Boston Ventures Management, Inc.

388584.02