UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

168th and DODGE, L.P. (f/k/a BROWN )
INVESTMENT PARTNERSHIP, LTD.) and )
RED DEVELOPMENT OF WEST DODGE, LLC, )
                Plaintiffs, )
                 ) Civil Action No. 05-MC-10293-RGS
vs. )
RAVE REVIEWS CINEMAS, LLC, )
                Defendant. )

### THIRD PARTY BOSTON VENTURES MANAGEMENT INC.'S MOTION FOR AN ORDER EXTENDING THE TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL

Third party Boston Ventures Management Inc. ("Boston Ventures") hereby submits this motion for entry of an order extending the time for Boston Ventures to respond to Plaintiffs' Motion to Compel until August 26, 2005.

Boston Ventures' opposition to Plaintiffs' Motion to Compel is currently due on August 19, 2005. Counsel for Boston Ventures has long-standing plans to be on vacation during the week of August 15, and without the requested extension, will not have an adequate opportunity to respond to Plaintiffs' Motion. The requested brief extension of one week will not unduly delay resolution of this matter, particularly given that Plaintiffs' counsel have been aware for more than one year of Boston Ventures' position on the requested discovery, and more than one month has passed since the deposition to which part of Plaintiffs' motion relates.

Dated: August 11, 2005

Respectfully submitted,

BOSTON VENTURES MANAGEMENT, INC.

By: /s/ Kathleen Burdette Shields
    Kathleen Burdette Shields (BBO# 637438)
    CHOATE, HALL & STEWART
    Two International Place
    Boston, Massachusetts 02110
    (617) 248-5000

## LOCAL RULE 7.1(A)(2) CERTIFICATE

The undersigned counsel for Boston Ventures certifies that she has conferred with counsel for Plaintiffs in a good faith attempt to obtain Plaintiffs' assent and that counsel for Plaintiffs does not assent to this motion. The undersigned counsel for Boston Ventures certifies that she has conferred with counsel for Defendant, and that Defendant's counsel assents to Boston Ventures' request, and will join in Boston Ventures' Motion.

/s/ Kathleen Burdette Shields

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2005, I served Boston Ventures' Motion for an Order Extending the Time to Respond to Plaintiffs' Motion to Compel on the following individuals by first class United States mail:

Edward G. Warin
McGrath, North, Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge St.
Omaha, NE 68102

Lynn S. McCreary
Jennifer A. Donnelli
Bryan Cave LLP
1200 Main St., Suite 3500
Kansas City, MO 64105

Michael F. Coyle
Timothy Thalken
Fraser, Stryker, Meusey, Olson, Boyer & Bloch, P.C.
500 Energy Plaza
408 South 17th St.
Omaha, NE 68102

/s/ Kathleen Burdette Shields

3969948v1