IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 168th and DODGE, L.P. (f/k/a BROWN INVESTMENT PARTNERSHIP, LTD.) and RED DEVELOPMENT OF WEST DODGE, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> RAVE REVIEWS CINEMAS, LLC, <br><br> Defendant. | Docket No. 05-MC-10293-RGS |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Gary W. Harvey of Morrison Mahoney LLP on behalf of the defendant Rave Reviews Cinemas, LLC.

        MORRISON MAHONEY LLP


        By: /s/ Gary W. Harvey
        Gary W. Harvey, BBO #547993
        250 Summer Street
        Boston, MA 02210
        Phone: (617) 439-7500
        Fax: (617) 439-7590

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was served via United States mail, first-class postage prepaid, on August 12, 2005, addressed to the following counsel of record:

Michael F. Coyle
Fraser, Stryker, Meusey, Olson, Boyer & Bloch, P.C.
500 Energy Plaza
408 South 17th St.
Omaha, NE  68102

Kathleen Burdette Shields
Choate, Hall & Stewart
Two International Place
Boston, Massachusetts 02110

/s/ Gary W. Harvey
Attorney for Defendant
MORRISON MAHONEY, LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500