IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| 168th and DODGE, L.P. (f/k/a BROWN INVESTMENT PARTNERSHIP, LTD.) and RED DEVELOPMENT OF WEST DODGE, LLC, | ) ) ) ) |  |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) | Docket No. 05-MC-10293-RGS |
| vs. | ) |  |
|  | ) |  |
| RAVE REVIEWS CINEMAS, LLC, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

_____

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Gary W. Harvey of Morrison Mahoney LLP on

behalf of the defendant Rave Reviews Cinemas, LLC.

MORRISON MAHONEY LLP


By: /s/ Gary W. Harvey_____
Gary W. Harvey, BBO #547993
250 Summer Street
Boston, MA 02210
Phone: (617) 439-7500
Fax: (617) 439-7590

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing was served via United States mail, first-class postage prepaid, on August 12, 2005, addressed to the following counsel of record:

       Michael F. Coyle
       Fraser, Stryker, Meusey, Olson, Boyer & Bloch, P.C.
       500 Energy Plaza
       408 South 17th St.
       Omaha, NE  68102

       Kathleen Burdette Shields
       Choate, Hall & Stewart
       Two International Place
       Boston, Massachusetts 02110

       /s/ Gary W. Harvey
       Attorney for Defendant
       MORRISON MAHONEY, LLP
       250 Summer Street
       Boston, MA 02210
       (617) 439-7500