IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 168th and DODGE, L.P., a Nebraska, Limited Partnership f/k/a BROWN INVESTMENT PARTNERSHIP, LTD., and RED DEVELOPMENT OF WEST DODGE, LLC, a Missouri Limited Liability Company,<br><br>    Plaintiffs,<br><br>vs.<br><br>RAVE REVIEWS CINEMAS, LLC, a Texas Limited Liability Corporation,<br><br>    Defendant. | CASE NO. 1:05-mc:10293-RGS<br><br>MOTION FOR LEAVE<br>TO FILE REPLY BRIEF<br>AND EVIDENCE<br>*INSTANTER* |

COME NOW the Plaintiffs pursuant to Rule 7.1(b) and moves for leave to file the attached reply brief and index of evidence in support of their motion to compel *instanter*.

                                168th and DODGE, L.P., a Nebraska
                                Limited Partnership f/k/a BROWN
                                INVESTMENT PARTNERSHIP, LTD,
                                and RED DEVELOPMENT OF WEST
                                DODGE, LLC, a Missouri Limited
                                Liability Company, Plaintiffs

BY: _____
                          Michael F. Coyle, #18299
                          FRASER, STRYKER, MEUSEY,
                          OLSON, BOYER & BLOCH, P.C.
                          500 Energy Plaza
                          409 South 17th Street
                          Omaha, Nebraska 68102
                          (402) 341-6000
                          ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2005, I served the foregoing on the following individuals via regular United States Mail:

Edward G. Warin
McGrath, North, Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102

Lynn S. McCreary
Jennifer A. Donnelli
Bryan Cave, LLP
1200 Main Street, Suite 3500
Kansas City, MO 64105-2100

Kathleen Burdette Shields
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2804
Attorneys for Boston Ventures Management, Inc.

393086.01